# ALABAMA COURT OF CRIMINAL APPEALS



December 1, 2023

**CR-2023-0533**
Roderick Lee Williams v. State of Alabama (Appeal from Mobile Circuit Court:
CC-18-1411.60)

## <u>NOTICE</u>

You are hereby notified that on December 1, 2023, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk